■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE ALBANESE, Appellant.— Motion by appellant for reconsideration of his motion to dispense with printing and for assignment of counsel, heretofore denied by order of this court entered June 27, 1960. Motion for reconsideration granted. Upon reconsideration, the order entered June 27, 1960, is vacated, and the motion to dispense with printing and for assignment of counsel is granted. The appeal will be heard on the original papers and on a typewritten brief. The appellant is directed to file five copies of his typewritten brief and to serve one copy on the District Attorney. On the court's own motion appellant's time is enlarged to the December 1960 Term. The appeal is ordered to be placed on the calendar for said term. Martin Levine, Esquire, 50 Broad Street, New York, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ HARRY S. SAMUELS, Appellant, v. ALEXANDER P. HIRSCH et al., Respondents.— Motion to consolidate appeals from two orders of the Supreme Court, Queens County, entered, respectively, July 15, 1960 and September 14, 1960, granted. Motion to stay examination before trial and service of a bill of particulars, pending determination of the appeals. Stay granted until 10 days after entry of order determining appeals; such stay being on the condition, however, that appellant argue or submit the appeals at the November Term, beginning October 31, 1960. The appeals are ordered to be placed on the calendar for said term. The record and appellant's brief must be served and filed on or before October 21, 1960. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ PAULINE THUM et al., Respondents, v. EDWARD ZRAICK et al., Appellants, et al., Defendants.— Motion to dismiss appeal denied on condition that appellants argue or submit the appeal at the November Term, beginning October 31, 1960. The appeal is ordered to be placed on the calendar for said term. The record and appellants' brief must be served and filed on or before October 20, 1960. On the court's own motion, the assessment of damages is stayed pending the determination of the appeal. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■■■■■■

# (October 17, 1960)

■ LOUIS BLUMENTHAL et al., Copartners Doing Business as HUDSON GOLD COMPANY, Respondents, v. ALPINE SYRUP & FOUNTAIN SUPPLY CO., INC., Appellant.— Motion by appellant for a stay pending determination of appeal granted, on condition: (1) that, within five days after the entry of the order hereon, appellant file an undertaking for $1,000, with corporate surety, to pay the judgment and the costs on the appeal in the event the judgment be affirmed or the appeal be dismissed; and (2) that appellant argue or submit the appeal at the November Term, beginning October 31, 1960. The appeal is ordered on the calendar for said term. If the undertaking be filed, appellant is directed to serve a copy thereof, with notice of its filing, upon the respondent. The record and appellant's brief must be served and filed on or before October 24, 1960. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.